# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GERALD E. REED, IV,

      Plaintiff,

v.                                                Case No:   6:19-cv-1751-RBD-LHP

COSTA DEL MAR, INC.,

      Defendant

---

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause comes before the Court following a preliminary pretrial conference held before the undersigned on August 22, 2024.  *See* Doc. Nos. 92–93, 95.  At the conference, the undersigned discussed with the parties the schedule for this case, as well as their Case Management Report submitted at the direction of the undersigned.  *See* Doc. Nos. 93–96.  Following discussion with counsel, the parties have agreed to the undersigned's issuance of this Report to the presiding District Judge regarding modification of the proposed deadlines set forth in their Case Management Report.  Doc. Nos. 95–96.

Accordingly, for the reasons discussed at the conference, in particular the parties' representations regarding the expected difficulties in retaining new experts

upon the reopening of this case, and upon consideration of the schedule of the presiding District Judge, it is respectfully **RECOMMENDED** that the Court enter an Amended Case Management and Scheduling Order that includes the following deadlines for this case:[1]

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | Completed |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | Completed |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B).<br><br>Plaintiff<br><br>Defendant<br><br>Rebuttal | <br><br><br>2/28/2025<br><br>3/28/2025<br><br>4/30/2025 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | 6/27/2025 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 10/27/2025 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 11/26/2025 |

---

[1] As noted by counsel during the conference, non-party "class member and interested person John W. Davis" has filed a Notice of Appearance in this case. Doc. No. 87. The parties indicated that a motion to strike that Notice of Appearance is forthcoming.

|  |  |
|---|---|
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>Terrence White<br>1400 Hand Avenue, Suite D<br>Ormond Beach, FL 32174 | 7/25/2025 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 3/30/2026 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 4/9/2026 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 4/16/2026 |
| Month and year of the trial term. | May 2026 |

## **NOTICE TO PARTIES**

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions.  Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.   11th Cir. R. 3-1.  **If the parties have no objection to this Report and Recommendation, they may promptly file a joint notice of no objection.**

Recommended in Orlando, Florida on August 23, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy